UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MILWAUKEE ELECTRIC TOOL CORPORATION,<br><br>                    Plaintiff,<br><br>        -against-<br><br>MAERSK A/S,<br><br>                    Defendant. | 24-cv-915 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      The parties represented in their initial letter to the Court that this case was likely to be resolved through summary judgment motions and/or settlement negotiations. Dkt. 13. The time for summary-judgment motions has now passed. Dkt. 15. By December 17, 2024, the parties should advise the Court if the case has settled. If it hasn't, the parties should submit proposed trial dates in March or April 2025. No extensions.

      SO ORDERED.

Dated: December 11, 2024
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge