UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MILWAUKEE ELECTRIC TOOL CORPORATION,<br><br>       Plaintiff,<br><br>  -against-<br><br>MAERSK A/S,<br><br>       Defendant. | 24-CV-915 (AS)<br><br><u>ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

  Pursuant to the Court's December 17, 2024 Order, ECF No. 18, the parties were required to file a proposed joint pretrial order, the contents of which are described therein, no later than March 17, 2025, at 5:00 PM. To date, the parties have not filed any pretrial materials. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **March 20, 2025**

  SO ORDERED.

Dated: March 18, 2025
   New York, New York

                 ARUN SUBRAMANIAN
                 United States District Judge